

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-85,824-01 & WR-85,824-02

### EX PARTE JOSE ISIDRO MEDRANO, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 2015-DCR-01873-D & 2015-DCR-01708-D
### IN THE 103RD DISTRICT COURT
### FROM CAMERON COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offenses of robbery and theft. He was sentenced to four years' imprisonment for the robbery and two years in state jail for the theft.

On September 30, 2016, orders designating issues were signed by the trial court. The habeas records have been forwarded without the trial court having resolved the designated issues in these cases. We remand these applications to the 103rd District Court of Cameron County to allow the trial

judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

These applications will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: December 7, 2016
Do not publish